1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ALEXANDER FRANCO, | No. 1:19-cv-0764 NONE JLT (PC) |
|---|---|
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS; |
| v. | ORDER DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS*; AND |
| LEVIN, et al., | ORDER DIRECTING PLAINTIFF TO SUBMIT FILING FEE IN FULL |
| Defendants. | (Doc. Nos. 2, 12) |
| | **THIRTY-DAY DEADLINE** |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 14, 20120, the magistrate judge filed findings and recommendations to deny plaintiff's motion to proceed *in forma pauperis*. (Doc. No. 12.) The findings and recommendations were served on plaintiff and contained notice to plaintiff that any objections thereto were to be filed within fourteen days. (*Id.*) Plaintiff has not filed objections to the findings and recommendations.

1

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

      1.  The findings and recommendations filed April 14, 2020, (Doc. No. 12) are adopted in full;

      2.  Plaintiff's application to proceed *in forma pauperis* (Doc. No. 2) is **DENIED**; and

      3.  Plaintiff shall submit the $400 filing fee in full within thirty days from the date of this Order before proceeding with this action.

IT IS SO ORDERED.

Dated:  **May 22, 2020**　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE