UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER FRANCO,<br><br>          Plaintiff,<br><br>     v.<br><br>LEVIN, et al.,<br><br>          Defendants. | No. 1:19-cv-0764 NONE JLT (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE; AND<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE |

On May 22, 2020, plaintiff was directed to pay the $400 filing fee in full within thirty days. (Doc. No. 13.) That thirty-day period has now passed, and plaintiff has not paid the filing fee or sought an extension of time to do so.

Accordingly,

1. This action is dismissed without prejudice due to plaintiff's failure to pay the filing fee; and

2. The Clerk of the Court is directed to assign a district judge to this matter for the purposes of closure and to close this case.

IT IS SO ORDERED.

Dated:  **August 17, 2020**

UNITED STATES DISTRICT JUDGE

1